**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 1, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00579-CV

---

## IN RE DUSTIN KYLE JONES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 22-CV-2438**

---

## MEMORANDUM OPINION

On August 9, 2024, relator Dustin Kyle Jones filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeth Jones, presiding judge of the 122nd District Court of Galveston County, to vacate

the trial court's July 17, 2024, corrected order of dismissal with prejudice and order reinstating causes of action.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.